```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORY DARNELL HOLLAND, SR.,          :
                                                                      :     ORDER
                            Plaintiff,                       :
                                                                      :     23-CV-2119 (AT) (JLC)
        -v-                                                      :
                                                                      :
CURTIS "50 CENT" JACKSON,            :
                                                                      :
                            Defendant.                    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By Order of Reference dated March 22, 2023, Judge Torres referred this case to me for general pretrial supervision. Dkt. No. 7. According to the United States Marshals' Process Receipt, the Marshals attempted service on June 2, 2023, but defendant Curtis "50 Cent" Jackson ("Jackson") could not be served because the address provided is no longer valid. Dkt. No. 10.

Because plaintiff has been granted permission to proceed *in forma pauperis* ("IFP"), he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See, e.g., Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). However, as plaintiff has not provided an address at which Jackson may be served, the Court directs plaintiff, within 30 days, to provide the Court with an address where Jackson may be served. Upon receipt of that information, the Court will direct the issuance of a summons and service by the Marshals Service. If plaintiff fails to comply with this order within

the time allowed, and cannot show good cause to excuse such failure, the Court will recommend that his complaint be dismissed without prejudice.

**SO ORDERED.**

Dated:  New York, New York
        August 17, 2023

_____
JAMES L. COTT
United States Magistrate Judge