UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cory Darnell Holland, Sr.,

                Plaintiff,

-against-

Curtis "50 Cent" Jackson,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2023__
```

23 Civ. 2119 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 13, 2023, Plaintiff *pro se*, Cory Darnell Holland, Sr., brought this action against Defendant, Curtis "50 Cent" Jackson. ECF No. 1. On November 9, 2023, Defendant moved to dismiss Plaintiff's complaint. ECF No. 17. On November 10, 2023, Plaintiff *pro se*, Cory Darnell Holland, Sr., amended his complaint. ECF No. 24. On November 23, 2023, Defendant moved to dismiss Plaintiff's amended complaint. ECF No. 25.

    Accordingly, Defendant's motion to dismiss Plaintiff's original complaint is DENIED as moot. The Clerk of Court is directed to terminate the motion at ECF No. 17.

    SO ORDERED.

Dated: December 19, 2023
       New York, New York

ANALISA TORRES
United States District Judge